

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00499-CR

| | | |
|---|---|---|
| SHAWN PATRICK HURST AKA SHAWN PATRICK HURST, II, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CR18-0589) |
| | § | February 27, 2020 |
| V. | § | Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment, the bill of costs, and the order to withdraw funds from Appellant Shawn Patrick Hurst's inmate trust account to delete the court-appointed attorney's fees and the time payment fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach